**FILED**
CLERK, U.S. DISTRICT COURT

November 3, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IM___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DUMITRU,<br><br>Defendant. | Case No. 2:21-mj-04279-2<br><br>**ORDER OF DETENTION** |

On November 3, 2021, Defendant Maria Dumitru made her initial appearance on the Complaint filed in this matter. FredRicco McCurry of the Federal Indigent Defense Panel was appointed to represent Defendant.

Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

- ☒ the appearance of the defendant as required.
- ☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Defendant is a citizen of Romania, has no legal status in the United States, and was previously deported from the United States.
- ☒ Defendant has significant family ties to Romania.
- ☒ Defendant has no identified third party bail resources, and unstable residence and employment, and an unverified background.

As to danger to the community:

☒ In 2012 Defendant was convicted in Florida of felony burglary, felony larceny, and misdemeanor resisting an officer; in 2013, Defendant was convicted in New York of felony grand larceny.

☒ Allegations in the Complaint detailing Defendant's active participation in a bank fraud and identity theft scheme.

It is therefore ORDERED that Defendant Maria Dumitru be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: November 3, 2021

PATRICIA DONAHUE
―――――――――――――――――
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE